1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-03214-WBS-CSK

12                                         No. 2:24-cv-03215-WBS-CSK

13                                         No. 2:24-cv-03220-WBS-CSK

14                                         No. 2:24-cv-03221-WBS-CSK

15                                         No. 2:24-cv-03223-WBS-CSK

16                                         No. 2:24-cv-03225-WBS-CSK

17                                         No. 2:24-cv-03226-WBS-CSK

18                                         No. 2:24-cv-03227-WBS-CSK

19                                         No. 2:24-cv-03228-WBS-CSK

20                                         No. 2:24-cv-03257-WBS-CSK

21
22

23                                         **ORDER**

24
25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4   the Court to open a new case for each attempted new pleading and assign it to the Court for

5   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8   finds they are related to Plaintiff's Alameda County criminal conviction.

9          Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03214, 2:24-cv-03215, 2:24-cv-

10  03220, 2:24-cv-03221, 2:24-cv-03223, 2:24-cv-03225, 2:24-cv-03226, 2:24-cv-03227, 2:24-cv-

11  03228 and 2:24-cv-03257 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  December 2, 2024

14  _____
    WILLIAM B. SHUBB
15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2